An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT, LLC,
                    Appellant,
    vs.
NATIONSTAR MORTGAGE, LLC.,
                    Respondent.

No. 65631

**FILED**

JAN 14 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER OF REVERSAL AND REMAND

This is an appeal from a district court order granting a motion to dismiss in a quiet title action. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

The parties have stipulated that the appealed-from order should be reversed in light of this court's opinion in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014). We approve the stipulation and

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]Appellant's request for release of the cost bond is denied without prejudice to appellant's right to move the district court for release of the bond. *See* NRAP 7 (indicating that a bond for costs on appeal is filed in the district court along with the notice of appeal).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01514

cc: Hon. Kathleen E. Delaney, District Judge
Greene Infuso, LLP
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk